IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>      Plaintiff, | : **CASE NO. 5:11-CV-234(MTT)** |
| **v** | : |
| **$89,980.00 IN UNITED STATES FUNDS,**<br>      First-Named Defendant Property, | : |
| **ONE MACBOOK LAPTOP COMPUTER, SERIAL NUMBER W883506POP5, WITH BLACK SOFT CASE,**<br>      Second-Named Defendant Property. | : |

### DEFAULT JUDGMENT OF FORFEITURE
### AND FINAL ORDER OF FORFEITURE

A default having been entered on the 15th day of November, 2011, in the above case, all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper affidavit as to the property to be declared forfeited to the plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is hereby entered as follows:

All right, title and interest in the Defendant Property, is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated in the Middle District of Georgia this 21st day of November, 2011.

S/ Marc T. Treadwell

MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT